USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/17/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

VOLITION BEAUTY, INC.,

                Defendant.

20 Civ. 10820 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 29, 2020, the Court ordered the parties to submit a joint letter and case management plan by February 15, 2021. ECF No. 6 ¶¶ 4–5. That submission is now overdue. By **February 19, 2021**, the parties shall file their joint letter and case management plan.

    SO ORDERED.

Dated: February 17, 2021
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge