UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself and all others similarly situated,

                        Plaintiff,

-against-

VOLITION BEAUTY, INC.,

                        Defendant.

20 Civ. 10820 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter at ECF No. 13. Accordingly, the conference scheduled for February 22, 2021, is ADJOURNED *sine die*. By **March 24, 2021**, Plaintiff shall move for default judgment in accordance with Attachment A of the Court's Individual Rules of Practice in Civil Cases.

    SO ORDERED.

Dated: February 19, 2021
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/19/2021_