UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

VOLITION BEAUTY, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2021

20 Civ. 10820 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On February 19, 2021, the Court ordered Plaintiff to file a motion for default judgment by March 24, 2021.  ECF No. 14.  Those submissions are now overdue.  Accordingly, by **April 22, 2021**, Plaintiff shall move for default judgment in accordance with Attachment A of the Court's Individual Rules of Practice in Civil Case.

      SO ORDERED.

Dated: April 8, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge